Robert D. Chesler
Michael David Lichtenstein
Christopher S. Porrino
**LOWENSTEIN SANDLER PC**
Attorneys At Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY, | Document Electronically Filed |
| Plaintiff, | **Hon. Joseph A. Greenaway, Jr.** <br> **Civil Action No. 09-1724-JAG-MCA** |
| -v- | |
| WYNDHAM WORLDWIDE OPERATIONS, INC.; WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; and WYNDHAM RESORT DEVELOPMENT CORPORATION, | **AMENDED PRETRIAL SCHEDULING ORDER** |
| Defendants. | |

**THIS MATTER** having come before the Court for a status conference on January 27, 2010, Andrew Houghton, Esq. and Aaron Mandel, Esq. of Sedgwick, Detert, Moran & Arnold LLP appearing on behalf of Plaintiff; and Christopher S. Porrino, Esq. of Lowenstein Sandler PC appearing on behalf of Defendants, and it appearing that on January 21, 2010, Lowenstein Sander, PC filed a Substitution of Counsel on behalf of Defendants in the above-captioned matter, and whereas recently substituted counsel for Defendants has requested that they be afforded time to familiarize themselves with the above-caption matter before further proceedings are undertaken, and it appearing that thirty (30) days is sufficient time within which counsel for Defendants may familiarize themselves with the matter; and for good cause shown;

**IT IS** on this 3rd day of February, 2010,

**ORDERED THAT:**

1. Fact discovery is to remain open through **June 1, 2010**. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2. All affirmative expert reports shall be delivered by **July 1, 2010**, with depositions of those experts to be taken and completed **within twenty (20) days of receipt of report**. See Fed. R. Civ. P. 26(b)(4)(A). Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a)(2)(B).

3. All responding expert reports shall be delivered by **August 1, 2010**, with depositions of those experts to be taken and completed **within twenty (20) days of receipt of report**. Any such report shall be in the form and content as described above.

4. The discovery disputes submitted by plaintiff by letters filed on December 8, 2009 and January 8, 2010 are hereby taken off-calendar. After counsel confer in good faith, any discovery disputes which remain unresolved shall be presented to the Court by letter e-filed, a copy to Chambers, no later than **March 12, 2010**. Responses, if any, shall be presented to the Court by letter e-filed, a copy to Chambers, no later than **March 26, 2010**.

5. Counsel for Plaintiff and Defendants shall appear for an in-person conference before the Court on **April 14, 2010 at 2:00 p.m.**

6. Except as stated above, the Pretrial Scheduling Order dated July 28, 2009 shall remain in full force and effect.

**MADELINE COX ARLEO**
**United States Magistrate Judge**