United States District Court
for the District of New Jersey

_____

**ILLINOIS NATIONAL INSURANCE CO.**     :     Civil Action No.  09-1724

      Plaintiff                            :

                                           :     Order of Reassignment

      vs.                                  :

**WYNDHAM WORLDWIDE OPERATIONS, ET AL.**  :

      Defendant                            :

_____

It is on this 15th day of March 2010,

O R D E R E D that the entitled action is reassigned

from Judge Joseph A. Greenaway, Jr. to Judge Garrett E. Brown, Jr.


                                            S/Garrett E. Brown, Jr.
                                    Garrett E. Brown, Jr., Chief Judge
                                    United States District Court