125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sdma.com   212.422.0202 phone   212.422.0925 fax



*Aaron F. Mandel*
*212-898-4002*
*aaron.mandel@sdma.com*

March 24, 2010

*Via Electronic Filing and Facsimile (973-297-4906)*

Hon. Madeline Cox Arleo
United States District Court
District of New Jersey
United States Post Office & Courthouse Building
50 Walnut Street, Room 2060
Newark, New Jersey  07102

Re:   *Illinois National Insurance Company v. Wyndham Worldwide Operations, Inc., et al.*, Case No.: 2:09-cv-1724
      Our File No.: 02331-085411

Dear Judge Arleo:

We represent plaintiff Illinois National Insurance Company ("Illinois National") in the above-referenced action. We are in receipt of Defendants' letter earlier today requesting a one-week extension to file its response to Illinois National's letter brief in support of its renewed motion to compel, filed March 12, 2010. We have no objection to Defendants' request, and ask that Illinois National be granted a similar one-week extension to file its response to Defendants' March 12, 2010 letter.

Respectfully submitted,

Aaron F. Mandel
Sedgwick, Detert, Moran & Arnold LLP

cc:   Andrew T. Houghton, Esq. (via e-mail)
      Timothy D. Kevane, Esq. (via e-mail)
      Michael David Lichtenstein, Esq. (via e-mail)
      Christopher S. Porrino, Esq. (via e-mail)

NY/561844v1