# Lowenstein Sandler
ATTORNEYS AT LAW

**Michael David Lichtenstein**
Member of the Firm
Tel 973 597 2408
Fax 973 597 2409
mlichtenstein@lowenstein.com

March 25, 2010

VIA ECF

Hon. Madeline Cox Arleo, U.S.M.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse Building
50 Walnut Street, Room 2060
Newark, New Jersey 07102

Re:   **Illinois National Insurance Co. v. Wyndham Worldwide Operations, Inc., et al.**
      **Civil Action No. 09-1724(JAG)(MCA)**

Dear Judge Arleo:

We represent Defendants Wyndham Worldwide Operations, Inc., Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., and Wyndham Resort Development Corporation (collectively, "Wyndham") in the above-referenced action. By letters submitted yesterday, Wyndham and Plaintiff Illinois National both requested a one-week extension to submit their respective responses to letters filed on March 12, 2010 outlining the status of open discovery disputes. At the direction of your law clerk, Jessica, we submit this letter to confirm that the Court has granted the requested one-week extension, resulting in a new filing deadline of April 2, 2010.

Thank you for your kind attention to this matter.

Respectfully submitted,


/s/ Michael David Lichtenstein
Michael David Lichtenstein

23943/2
03/25/10 14064364.1

cc:   Andrew T. Houghton, Esq. (via ECF)
      Christopher Porrino, Esq.

---

Lowenstein Sandler PC   In California, Lowenstein Sandler LLP                            www.lowenstein.com

65 Livingston Avenue   Roseland, NJ 07068   Tel 973 597 2500   Fax 973 597 2400          New York   Palo Alto   Roseland