LOWENSTEIN SANDLER PC
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> WYNDHAM WORLDWIDE OPERATIONS, INC; WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; and WYNDHAM RESORT DEVELOPMENT CORPORATION, <br><br> Defendant. | CASE NO. 09-1724 <br><br> **DECLARATION OF ROBERT KERN, ESQ.** |

STATE OF CALIFORNIA     :

           SS            :

COUNTY OF LOS ANGELES    :

I, ROBERT KERN, ESQ., of full age, being duly sworn according to law, upon my oath depose and say that:

1. I am an Attorney-at-Law and a member of the State Bar of California and a partner at Kern and Wooley LLP, located in Los Angeles, California.

338047

2. Star Net Insurance Company (administered by Berkley Aviation "Berkley") provides non-owned aircraft coverage to Wyndham Worldwide Operations, et al. ("Wyndham") by virtue of issuing the corporate contingent aviation liability policy no. BA08N1038S.

3. On or about August 5, 2008, Berkley was placed on notice by Wyndham of potential liability arising out of the airplane accident in Gearhart, Oregon (the "Accident").

4. On or about August 6, 2008, Berkley confirmed coverage to Wyndham, et al., without reservation.

5. On or about August 6, 2008, Berkley retained the law offices of Dombroff Gilmore Jaques & French to investigate and defend any potential legal proceedings that may be within the terms and conditions of the aforementioned Star Net Insurance Policy.

6. On or about November 11, 2008, the law offices of Kern and Wooley LLP were retained by Berkley to investigate and pursue any available additional insurance coverage from any insurance entity that may provide insurance coverage to Wyndham, et al. for defense and/or coverage involving the events of the Accident.

7. From the time that Berkley accepted coverage for Wyndham, Berkley's interests have not been in conflict with Wyndham's interests.

8. Confirmation of coverage also provides Berkley with the duty to investigate all other available coverages to Wyndham that may provide the duty to defend and/or coverage to Wyndham for claims arising out of said Accident.

9. Section IV of the Policy provides that the insured "must cooperate with us in any way relating to your rights and ours under this Policy. Cooperation includes but is not limited to . . . your assistance in the enforcement of our rights against any person or organization who/that may be liability to you because of loss or damage for which this Policy provides insurance."

10. Pursuant to the specific referenced policy provision, Wyndham is required to cooperate with Berkley to investigate and obtain all available coverages that may provide any coverage to Wyndham for events arising out of the accident. Wyndham has fully

1. cooperated with Berkley in pursuit of all available coverages.

2. 11. From the date Berkley was informed of the Accident, they anticipated that litigation would evolve and took the necessary action to retain defense counsel, the Dombroff firm. On or after November 11, 2008, Kern and Wooley LLP was retained to investigate and take the appropriate action to seek all available coverages for the benefit of Wyndham. I, as a partner of Kern and Wooley LLP have been principally involved in this case, fully anticipated that there would be multiple litigation activity seeking recourse against Wyndham.

12. As counsel for Berkley, I routinely communicate with officers and employees of Berkley's insured, Wyndham, including Marcus Banks, Esq. and James Iervelino, as well as Wyndham's outside counsel.

13. Based upon my personal experience and practice of law, I knew and expected that all communications with Wyndham and Berkley, including but not limited to their employees, attorneys, persons and entities related thereto, would remain confidential and privileged under the law.

14. I also communicated with AIG Aviation on behalf of Berkley and Wyndham regarding Illinois National's coverage obligations for the Accident. AIG Aviation is Illinois National's claims administrator.

15. Berkley's communications to Wyndham, et al. involving the pursuit of insurance coverage on behalf of Wyndham involved my direct participation and/or were made at my direction in representing Berkley.

16. On May 4, 2009, I investigated and communicated with several law firms to be retained by Berkley to represent the interest of Wyndham for events arising out of the Accident. One of the law firms was Coughlin Duffy LLP. I had direct communication with Coughlin Duffy LLP regarding retention to act has defense counsel for Wyndham, et al. involving the lawsuit <u>Illinois National Insurance Company v. Wyndham Worldwide Operations, et al.</u>, Docket No. 09-1724, filed in the United States District Court for the District of New Jersey (the "Illinois National lawsuit"). On May 4, 2009, pursuant to discussions with Berkley and Wyndham (Marcus A. Banks, Esq.) we finalized the retention of Coughlin Duffy

1. LLP, to represent Wyndham, et al. in the Illinois National lawsuit.

17. Berkley continues to investigate and participate in the defense of the Underlying Actions and the Illinois National lawsuit. Berkley has contractually agreed to pay all reasonable investigation and attorney's fees in the representation of Wyndham, et al. legal expenses associated with the Underlying Actions and the Illinois National lawsuit.

*Robert M Kern*
ROBERT KERN, ESQ.

Sworn to and subscribed
Before me this 1st day
of April, 2010

*Dara Genee Wilder*
Notary Public

[Notary Seal: DARA GENEE WILDER, Commission # 1781362, Notary Public - California, Los Angeles County, My Comm. Expires Jul 14, 2011]

338047

DECLARATION OF ROBERT KERN, ESQ.
Case No. 09-1724