

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sdma.com   212.422.0202 phone   212.422.0925 fax

Andrew T. Houghton
212-898-4036
andrew.houghton@sdma.com

April 15, 2010

Via Electronic Filing

Clerk
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:  Illinois National Insurance Company v. Wyndham Worldwide Operations, Inc., et al.,
     Case No. 2:09-cv-01724-GEB-MCA

Dear Sir or Madam:

We represent plaintiff Illinois National Insurance Company ("Illinois National") in the above-referenced matter.  Defendants' Motion for Summary Judgment and to Dismiss ("the Defendants' Motion") in the above-referenced matter is currently returnable on May 17, 2010.

Pursuant to Local Civil Rule 7.1(d)(5), Illinois National seeks the automatic extension of the return date to the next motion day.  Accordingly, the new return date for the Defendants' Motion will be June 7, 2010. Illinois National's opposition papers will be due on May 24, 2010.

Respectfully submitted,

Andrew T. Houghton
Sedgwick, Detert, Moran & Arnold LLP