Andrew T. Houghton (*pro hac vice*)
Timothy D. Kevane (*pro hac vice*)
Aaron F. Mandel
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
125 Broad St., 39th Floor
New York, New York 10004
Telephone: (212) 422-0202
Facsimile: (212) 422-0925

Attorneys for Plaintiff
ILLINOIS NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------X
ILLINOIS NATIONAL INSURANCE   Hon. Garrett E. Brown
COMPANY,                      Case No.: 2:09-cv-01724-JAG-MCA

Plaintiff,

-vs-                          **CERTIFICATION OF SERVICE**

WYNDHAM WORLDWIDE OPERATIONS,
INC.; WYNDHAM WORLDWIDE
CORPORATION; WYNDHAM VACATION
OWNERSHIP, INC.; and WYNDHAM
RESORT DEVELOPMENT CORPORATION,

Defendants.
------------------------------------------------------------X

I hereby certify that on June 21, 2010, I caused copies of (1) Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and to Dismiss the Complaint, (2) Plaintiff's Response to Defendants' Statement of Material Facts Not in Dispute and Supplemental Statement of Disputed Materials Facts, (3) Declaration of Barbara Tomlinson in Opposition to Defendants' Motion for Summary Judgment and to Dismiss, (4) Declaration of Gary Konicki in Opposition to Defendants' Motion for Summary Judgment and to Dismiss, (5) Affidavit of Mark

Breitenbach in Opposition to Defendants' Motion for Summary Judgment and to Dismiss, (6) Declaration of Andrew T. Houghton, Esq., and (7) this Certification of Service to be filed electronically with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to all registered counsel of record.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

DATED: June 21, 2010

_____
Andrew T. Houghton, Esq. (*Pro Hac Vice*)
Timothy D. Kevane, Esq. (*Pro Hac Vice*)
Aaron F. Mandel
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925

Attorneys for Plaintiff
Illinois National Insurance Company