
**Lowenstein**
**Sandler**
ATTORNEYS AT LAW

**Michael David Lichtenstein**
Member of the Firm
Tel  973 597 2408
Fax  973 597 2409
mlichtenstein@lowenstein.com

June 23, 2010

VIA ECF (COURTESY COPY VIA FACSIMILE)

Honorable Garrett E. Brown, U.S.D.J.
United States District Court
District of New Jersey
Clark S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   Illinois National Insurance Co. v. Wyndham Worldwide Operations, Inc., et al.,
      Docket No. 09-1724(GEB)(MCA)

Dear Judge Brown:

This firm represents Wyndham Worldwide Operations, Inc., Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., and Wyndham Resort Development Corporation (collectively "Wyndham") in the above referenced matter.

Wyndham's motions for summary judgment and to dismiss the complaint are presently returnable before Your Honor on July 6, 2010 with Wyndham's reply brief due on June 28, 2010. Wyndham respectfully requests that Your Honor adjourn the return date for its motions to July 19, 2010 with Wyndham's reply brief due on July 12, 2010. We have sought and received the consent of counsel for Illinois National to this request.

Respectfully submitted,

*Michael David Lichtenstein /EJ*

Michael David Lichtenstein

23943/2
06/23/10 14612143.1

cc:   Andrew T. Houghton, Esq.  (via ECF and E-mail)
      Aaron F. Mandel, Esq. (via ECF and E-mail)