UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ILLINOIS NATIONAL INSURANCE COMPANY

        Plaintiff(s)        :        Civil Action No. 2:09-cv-01724-JAG-MCA

        v.

WYNDHAM WORLDWIDE OPERATIONS, INC.; WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACTION OWNERSHIP, INC.; and WYNDHAM RESORT DEVELOPMENT CORPORATION,    Defendant(s)    :

### REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

_____ 7-2-10
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:    Andrew Houghton, Esq.

Address:    Sedgwick, Detert, Moran & Arnold, LLP

        125 Broad Street, 39th Floor

        New York, New York 10004

e-Mail:    andrew.houghton@sdma.com
(one email address only)

Instructions for **LOCAL COUNSEL** for filing:

1. Select the Case Type (Civil) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, **Notice of Pro Hac Vice to Receive NEF**.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Proofread the docket text.
7. Submit the Request to ECF by clicking the **NEXT** button.