<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  Civil Action No. 09-1724 (GEB-DEA) |
| WYNDHAM WORLDWIDE OPERATIONS, INC., WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; and WYNDHAM RESORT DEVELOPMENT CORPORATION, | )  **ORDER**<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**<u>BROWN, Chief Judge</u>**

This matter having come before the Court upon the motion of Defendants Wyndham Worldwide Operations, Inc., Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., and Wyndham Resort Development Corporation (collectively "defendants" or "Wyndham") for summary judgment and to dismiss the complaint filed by Plaintiff Illinois National Insurance Company ("Illinois National") (Doc. No. 60), and the Court having considered the parties' submissions and decided the matter without oral argument pursuant to Federal Rule of Civil Procedure 78, and for the reasons stated in the memorandum opinion accompanying this order,

IT IS THIS 23rd day of August, 2010

**ORDERED** that the defendants' motion for summary judgment or to dismiss the complaint (Doc. No. 60) is GRANTED.

　s/ Garrett E. Brown, Jr.　　
GARRETT E. BROWN, JR., U.S.D.J.
