

**Lowenstein Sandler**
ATTORNEYS AT LAW

**Michael David Lichtenstein**
Member of the Firm
Tel 973 597 2408
Fax 973 597 2409
mlichtenstein@lowenstein.com

September 15, 2010

VIA ECF (COURTESY COPY VIA FACSIMILE)

Honorable Garrett E. Brown, U.S.D.J.
United States District Court
District of New Jersey
Clark S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: **Illinois National Insurance Co. v. Wyndham Worldwide Operations, Inc., et al.,**
    **Docket No. 09-1724(GEB)(MCA)**

Dear Judge Brown:

This firm represents Wyndham Worldwide Operations, Inc., Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., and Wyndham Resort Development Corporation (collectively "Wyndham") in the above referenced matter.

Illinois National's motion for certification under Rule 54(b) is presently returnable before Your Honor on October 4, 2010 with Wyndham's brief in opposition due on September 20, 2010. Wyndham respectfully requests that Your Honor adjourn the return date for Illinois National's motion to October 18, 2010 with Wyndham's opposition brief due on October 4, 2010 and Illinois National' reply brief due on October 12, 2010.

We have sought and received the consent of counsel for Illinois National to this request.

Respectfully submitted,

*Michael David Lichtenstein /EJ*

Michael David Lichtenstein

23943/2
09/15/10 15193624.1

cc: Andrew T. Houghton, Esq. (via ECF and E-mail)

*[Handwritten: Request Granted So ORDERED this 17th day of September, 2010. [signature] USDJ]*

Lowenstein Sandler PC   In California, Lowenstein Sandler LLP                           www.lowenstein.com

65 Livingston Avenue  Roseland, NJ 07068  Tel 973 597 2500  Fax 973 597 2400            New York  Palo Alto  Roseland

TOTAL P.02