Andrew T. Houghton (*pro hac vice*)
Timothy D. Kevane (*pro hac vice*)
Aaron F. Mandel
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
125 Broad St., 39th Floor
New York, New York 10004
Telephone: (212) 422-0202
Facsimile: (212) 422-0925

Attorneys for Plaintiff
ILLINOIS NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------X

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY, | Case No.: 2:09-cv-01724-GEB-MCA |
| Plaintiff, | |
| -vs- | **NOTICE OF APPEAL** |
| WYNDHAM WORLDWIDE OPERATIONS, INC.; WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; and WYNDHAM RESORT DEVELOPMENT CORPORATION, | |
| Defendants. | |

-----------------------------------------------------------X

   Notice is hereby given that plaintiff Illinois National Insurance Company hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion and Order entered in the above captioned proceeding on the 23rd day of August, 2010, granting the motion for summary judgment of defendants Wyndham Worldwide Operations, Inc., Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc. and Wyndham Resort Development Corporation, and dismissing plaintiff Illinois National Insurance Company's complaint.

NY/596594v1

Dated:  September 20, 2010         ILLINOIS NATIONAL INSURANCE COMPANY


By:_____/s/ Aaron F. Mandel_____
One of its Attorneys
Andrew T. Houghton (*pro hac vice*)
Timothy D. Kevane (*pro hac vice*)
Aaron F. Mandel
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Fl.
New York, NY 10004
Ph: (212) 422-0202
Fax: (212) 422-0925

NY/596594v1