Andrew T. Houghton (*pro hac vice*)
Timothy D. Kevane (*pro hac vice*)
Aaron F. Mandel
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
125 Broad St., 39th Floor
New York, New York 10004
Telephone: (212) 422-0202
Facsimile: (212) 422-0925

Attorneys for Plaintiff
ILLINOIS NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------X
ILLINOIS NATIONAL INSURANCE COMPANY,

    Plaintiff,

    -vs-

WYNDHAM WORLDWIDE OPERATIONS, INC.; WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; and WYNDHAM RESORT DEVELOPMENT CORPORATION,

    Defendants.
-----------------------------------------------------------X

Case No.: 2:09-cv-01724-JAG-MCA

**CERTIFICATION OF SERVICE**

    I hereby certify that, on October 12, 2010, I caused a copy of the following documents to be filed electronically with the Clerk of Court using the CM/ECF system which will send a notification of such filing to all registered counsel of record:

- Plaintiff Illinois National Insurance Company's Reply Memorandum of Law in Further Support of Its Motion for Certification Under Federal Rule of Civil Procedure 54(b); and

- this Certification of Service.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

Dated: New York, New York
October 12, 2010

                                                s/ Aaron F. Mandel
                                                Aaron F. Mandel