NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>       v.<br><br>WYNDHAM WORLDWIDE OPERATIONS, INC., WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; and WYNDHAM RESORT DEVELOPMENT CORPORATION,<br><br>                Defendants. | Civil Action No. 09-1724<br><br>**ORDER** |

This matter having come before the Court upon the motion for certification (Doc. No. 95) filed by Plaintiff Illinois National Insurance Company (INIC); and it appearing that INIC filed a notice of appeal of this Court's final judgment of August 23, 2010, which extinguishes this Court's jurisdiction, *see, e.g.*, *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982); and it appearing that the requested relief is unnecessary, because both Plaintiff and Defendants recognize that this Court's August 23, 2010 Order was a final judgment on all claims (*see* Def.'s Br. at 1–3, Pl.'s Reply Br. at 1–2); and it appearing that this Court no longer has jurisdiction over this matter now on appeal;

IT IS THIS 19th day of October, 2010,

ORDERED that INIC's motion for certification (Doc. No. 95) is DENIED.

                                                          S/ GARRETT E. BROWN, JR.
                                                          Garrett E. Brown, Jr., Chief Judge
                                                          United States District Court