NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>v.<br><br>WYNDHAM WORLDWIDE OPERATIONS, INC., WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; and WYNDHAM RESORT DEVELOPMENT CORPORATION,<br><br>       Defendants. | Civil Action No. 09-1724 (GEB-DEA)<br><br>**ORDER** |

   This matter having come before the Court upon the motion for attorneys' fees (Doc. No. 99) filed by Defendants Wyndham Worldwide Operations, Inc., Wyndham Worldwide Corporation, Wyndham Vacation Ownership, Inc., and Wyndham Resort Development Corporation (collectively "Wyndham"); and the Court having reviewed the parties' submissions and decided the matter without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons stated in the accompanying Memorandum Opinion;

   IT IS THIS 21st day of March, 2011,

   ORDERED that Wyndham's motion (Doc. No. 99) is GRANTED, such that this Court will award reasonable attorneys' fees to Wyndham as a prevailing party under R. 4:42-9(a)(6); and it is further

   ORDERED that Wyndham's counsel shall submit evidence of what constitutes a reasonable market rate for the legal services rendered in this case no later than April 4, 2011; and

1

it is further

      ORDERED that Plaintiff shall submit any contrary evidence on this topic no later than April 18, 2011.

                                              /s/ Garrett E. Brown, Jr.
                                       GARRETT E. BROWN, JR., U.S.D.J.