**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>WYNDHAM WORLDWIDE OPERATIONS, INC; WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; and, WYNDHAM RESORT DEVELOPMENT CORPORATION,<br><br>Defendants. | **Civil Action No. 09-1724**<br>Hon. Garrett E. Brown, Jr., U.S.D.J.<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL D. LICHTENSTEIN, ESQ.**<br><br>Document Electronically Filed |

I, MICHAEL DAVID LICHTENSTEIN, ESQ., of full age, being duly sworn according to law, declare as follows:

1. I am a Member of the law firm Lowenstein Sandler PC, attorneys for Defendants Wyndham Worldwide Operations, Inc.; Wyndham Worldwide Corporation; Wyndham Vacation Ownership, Inc.; and Wyndham Resort Development Corporation (collectively "Wyndham").

2. Pursuant to New Jersey Court Rule 4:42-9(a)(6) and Local Civil Rule 54.2, I submit this supplemental declaration in further support of Wyndham's motion for payment of Wyndham's reasonable attorney's fees and expenses rendered in this action against plaintiff Illinois National Insurance Company ("Illinois National").

-2-

3.  Based on the Lowenstein invoices attached to my September 22, 2010 declaration, the blended rate of Lowenstein attorneys on this matter (i.e. total amount charged for Lowenstein attorneys divided by the total hours worked by Lowenstein attorneys) is $338.80.


Dated: April 4, 2011

/s/ Michael David Lichtenstein
Michael David Lichtenstein, Esq.