NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY, <br><br> Plaintiff, <br> v. <br><br> WYNDHAM WORLDWIDE OPERATIONS, INC., WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; and WYNDHAM RESORT DEVELOPMENT CORPORATION, <br><br> Defendants. | Hon. Garrett E. Brown, Jr. <br><br> Civil Action No. 09-1724 <br><br> **ORDER** |

This matter having come before the Court for a determination of reasonable attorneys' fees and costs pursuant to this Court's Order of March 21, 2011, which awarded reasonable attorneys' fees and costs to Defendant Wyndham Worldwide Operations, Inc. ("Wyndham") pursuant to New Jersey Rule 4:42-9(a)(6); and it appearing that Wyndham seeks $725,151.69 in fees and costs; and this Court having reviewed the parties' supplemental argument and documentation regarding the reasonableness of the hourly rates and the hours billed; and for the reasons stated in the accompanying Memorandum Opinion;

IT IS THIS 7th day of June, 2011,

ORDERED that Wyndham's fees application is REDUCED by $176,897.15, as indicated in the Memorandum Opinion; and it is further

ORDERED that defense counsel provide unredacted billing records to Plaintiff Illinois National Insurance Company ("Illinois Natinoal") upon receipt of this Order.  Illinois National

1

will have until 15 days after receipt of the records to make specific objections to the entries they have identified as having vague, heavily redacted, or missing descriptions.  Defense counsel will have until 10 days after receipt to respond to any supplemental objections filed by Illinois National.  Additional objections and responses may only address the entries identified by Illinois National as heavily redacted, vague, or missing descriptive entries; the parties are directed not to reargue specific objections already decided by the Court.  The Court will rule on any additional objections and incorporate those revisions into a final fees award.

      /s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. U.S.D.J.