UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 10-3833

_____

ILLINOIS NATIONAL INSURANCE COMPANY,

Appellant

v.

WYNDHAM WORLDWIDE OPERATIONS, INC.;
WYNDHAM WORLDWIDE CORPORATION;
WYNDHAM VACATION OWNERSHIP, INC.; and
WYNDHAM RESORT DEVELOPMENT CORPORATION

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-09-cv-01724)
District Judge: Honorable Garrett E. Brown, Jr.

_____

Argued May 24, 2011
Before: FUENTES, FISHER and NYGAARD, *Circuit Judges*.

_____

JUDGMENT

_____

This cause came on to be heard on the record from the United States District Court for the District of New Jersey and was argued on May 24, 2011.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the order of the District Court entered August 23, 2010, be and the same is hereby

1

REVERSED, and the case is REMANDED to the District Court for further proceedings.

All of the above in accordance with the opinion of this Court.

Costs taxed against Appellees.

Attest:

/s/Marcia M. Waldron
Clerk

Dated: August 3, 2011

```
Costs taxed in favor of Appellant as follows:
Docketing Fee...........$450.00
Brief...................$703.00
Reply Brief.............$485.00
Appendix................$5063.00
Total...................$6701.00
```

**Certified as a true copy and issued in lieu of a formal mandate on** 09/20/2011

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**