Andrew T. Houghton (*pro hac vice*)
Timothy D. Kevane (*pro hac vice*)
Aaron F. Mandel
SEDGWICK LLP
125 Broad St., 39th Floor
New York, New York 10004
Telephone: (212) 422-0202
Facsimile: (212) 422-0925

Attorneys for Plaintiff
ILLINOIS NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------X

ILLINOIS NATIONAL INSURANCE COMPANY,

          Plaintiff,

-vs-

WYNDHAM WORLDWIDE OPERATIONS, INC.; WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; and WYNDHAM RESORT DEVELOPMENT CORPORATION,

          Defendants.

-----------------------------------------------------------X

Case No.: 2:09-cv-01724-GEB-MCA

**CERTIFICATION OF SERVICE**

      I hereby certify that, on October 5, 2011, I caused a copy of the following documents to be filed electronically with the Clerk of Court using the CM/ECF system which will send a notification of such filing to all registered counsel of record:

- Plaintiff Illinois National Insurance Company's ("Illinois Union") Notice of Motion, pursuant to Federal Rule of Civil Procedure 60(b)(5), seeking an order vacating this Court's Orders of March 21, 2011 and June 7, 2011 awarding Defendants attorneys' fees and costs;

- Illinois Union's memorandum of law in support of its motion, pursuant to Federal Rule of Civil Procedure 60(b)(5), to vacate this Court's Orders of March 21, 2011 and June 7, 2011 awarding Defendants attorneys' fees and costs;

- a Proposed Order; and

- this Certification of Service.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

Dated: New York, New York
       October 5, 2011

                                                _s/ Aaron F. Mandel_
                                                Aaron F. Mandel