United States District Court
for the District of New Jersey

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY | : <br> : <br> : |
| Plaintiff | : Civil Action No. 09-1724 <br> : <br> : Order of Reassignment |
| v. | : <br> : |
| WYNDHAM WORLDWIDE OPERATIONS, INC., et al | : <br> : <br> : <br> : |

It is on this 28th day of November, 2011,

ORDERED that the entitled action is reassigned from

Chief Judge Garrett E. Brown to Judge Claire C. Cecchi.

      S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court