125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sedgwicklaw.com   212.422.0202 phone   212.422.0925 fax

# Sedgwick LLP

*Andrew T. Houghton*
*212-898-4036*
*andrew.houghton@sedgwicklaw.com*

November 28, 2011

**Via ECF and Federal Express**

Hon. Madeline Cox Arleo, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: *Illinois National Insurance Company v. Wyndham Worldwide Operations, Inc., et al.*
    Case No. 2:09-cv-01724-GEB-MCA

Dear Magistrate Judge Arleo:

We represent Plaintiff Illinois National Insurance Company ("Illinois National") in the above-referenced matter.

In view of the Third Circuit Court of Appeals having issued its mandate on September 20, 2011 and in accordance with Judge Brown's Order of November 22, 2011, we are writing further to our letter of August 30, 2011 to request that the following two motions be reset for a hearing before your Honor:

(1) Illinois National's motion to compel privilege log documents submitted in camera on May 21, 2010, and responses to requests for admissions (as limited to the issues raised by Illinois National and remaining open following the hearing before your Honor on April 14, 2010). This motion consists of the following briefing:

   a. Docket No. 67 – May 21, 2010 letter brief on behalf of Wyndham Defendants and attachments;

   b. May 24, 2010 letter (not filed) on behalf of Wyndham Defendants submitting privilege logs and documents for in camera review.

   c. Docket No. 71 – June 4, 2010 letter brief on behalf of Illinois National and attachments;

   d. Docket No. 74 – June 15, 2010 reply letter brief on behalf of Wyndham Defendants.

Hon. Madeline Cox Arleo, U.S.M.J.
United States District Court for the District of New Jersey
Re: *Illinois National Insurance Company v. Wyndham Worldwide Operations, Inc., et al.*
November 28, 2011
Page 2

(2)  Illinois National's motion to compel submitted by letter dated May 26, 2010. This motion consists of the following briefing:

   a. Docket No. 68 – May 26, 2011 letter brief on behalf of Illinois National and attachments;

   b. Docket No. 73 – June 10, 2010 letter brief on behalf of Wyndham Defendants

   c. June 10, 2010 letter (not filed) on behalf of Wyndham Defendants submitting privilege logs and documents for in camera review.

   d. Docket No. 75 – June 17, 2010 reply letter brief on behalf of Illinois National.

Respectfully submitted,

Andrew T. Houghton
Sedgwick LLP

cc:   Michael David Lichtenstein, Esq. (via ECF)

NY/756018v1