

**Michael David Lichtenstein**
Member of the Firm
Tel  973 597 2408
Fax  973 597 2409
mlichtenstein@lowenstein.com

February 1, 2010

**VIA ECF & FACSIMILE (973-297-4906)**

Hon. Madeline Cox Arleo, U.S.M.J.
United States District Court
District of New Jersey
M.L. King, Jr. Building & U.S. Courthouse
50 Walnut Street,
Newark, New Jersey 07101

Re:   **Illinois National Insurance Co. v. Wyndham Worldwide Operations, Inc., et al.
       Civil Action No. 09-1724**

Dear Judge Arleo:

This firm represents the Wyndham entities in the above referenced matter. This letter is to confirm a telephone conversation my colleague, Eric Jesse, had with chambers this morning regarding the parties' discovery dispute briefing schedule. The parties' first submission was originally scheduled for Friday, February 3, 2012 [See Doc. No. 135]. However, Your Honor indicated that the Court would be amenable to a one-week extension to the briefing deadlines if we advised Chambers.

This letter is to confirm that the parties' initial submissions will be due by February 10, 2012; opposition filings are due by February 24, 2012; and reply submissions are due by March 2, 2012. Oral argument on the parties' submissions is set for March 14, 2012 at 2:00pm. Counsel for Illinois National has consented to this extension.

Thank you for your time and attention to this matter.

Respectfully submitted,

Michael David Lichtenstein

28943/2
02/01/12 19616424.1

cc:   Andrew T. Houghton, Esq. (via ECF)