ATTORNEYS AT LAW
125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400
www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Andrew T. Houghton*
212-898-4036
andrew.houghton@sedgwicklaw.com

February 21, 2012

*Via Electronic Filing*
*and Via Facsimile (973-297-4906)*

Hon. Madeline Cox Arleo
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: *Illinois National Insurance Company v. Wyndham Worldwide Operations, Inc., et al.*, Case No. 2:09-cv-01724
Our File No.: 02331-085411

Dear Magistrate Judge Arleo:

This office represents plaintiff Illinois National Insurance Company ("Illinois National") in this matter.

In connection with the discovery disputes noted at the January 12, 2012 status conference, a hearing before your Honor is set March 29, 2012 and the remaining opposition and reply briefs are currently due on Friday, February 24, and Friday March 2, respectively.

Subject to your Honor's approval, the parties have agreed to a briefing schedule in which opposition briefs are due by Tuesday, February 28, 2012, and reply briefs are due by Tuesday, March 6, 2012. This letter is to request Your Honor's approval of this revised briefing schedule.

Respectfully submitted,

*Andrew T. Houghton*
Andrew T. Houghton
Sedgwick LLP

cc:    Michael David Lichtenstein, Esq. (via ECF)
       Eric Jesse, Esq. (via ECF)

So Ordered this 23 day of February 2012
*Madeline Cox Arleo*
Magistrate Judge Madeline Cox Arleo

NY/846402v1