**Sedgwick** LLP

ATTORNEYS AT LAW
125 BROAD STREET, 39TH FLOOR    NEW YORK, NEW YORK 10004-2400
www.sedgwicklaw.com    212.422.0202 *phone*    212.422.0925 *fax*

*Aaron F. Mandel*
*212-898-4002*
*aaron.mandel@sedgwicklaw.com*

February 29, 2012

*Via Electronic Filing*

Clerk of Court
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

Re:  *Illinois National Insurance Company v. Wyndham Worldwide Operations, Inc., et al.*, Case No. 2:09-cv-01724
     Our File No.: 02331-085411

Dear Sir or Madam:

Yesterday, our firm filed the letter and exhibits appearing at Docket Entry No. 146 in the above-referenced matter on behalf of plaintiff Illinois National Insurance Company under seal.

At the instruction of the Docket Clerk, we write to clarify that Exhibit B the only document within Docket Entry No. 146 containing confidential information that may be sealed pursuant to the Protective Order entered in this action. See Docket Entry No. 30. Accordingly, we respectfully request that the Court unseal all other documents included in Docket Entry No. 146.

Respectfully submitted,


s/Aaron F. Mandel


Aaron F. Mandel
Sedgwick LLP

cc:    Michael David Lichtenstein, Esq. (via ECF)
       Eric Jesse, Esq. (via ECF)