

**Michael B. Himmel**
Member of the Firm
Tel 973 597 6172
Fax 973 597 6173
mhimmel@lowenstein.com

March 5, 2012

**VIA ECF**

Mr. William T. Walsh, Clerk
United States District Court
District of New Jersey
M.L. King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   Illinois National Insurance Co. v. Wyndham Worldwide Operations, Inc., et al.
      Civil Action No. 09-1724

Dear Mr. Walsh:

This firm represents the Wyndham entities in the above-referenced matter. I write to respectfully advise you that Christopher S. Porrino, Esq. will no longer be serving as counsel or participating in this case due to a change in his employment. Please amend the Court's records to reflect this change.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Michael B. Himmel

cc:   All Counsel of Record (via ECF)
      Honorable Madeline Cox Arleo, U.S.M.J. (via Federal Express)