|  |  |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff(s), | |
| -vs- | Civil Action No. 09-1724 (CCC) |
| WYNDHAM WORLDWIDE, et al., | ORDER |
| Defendant(s), | |

**THIS MATTER** having come before the Court for an oral argument on April 26, 2012; and for good cause shown;

**IT IS** on this 26th day of April, 2012

**ORDERED THAT:**

1. Affirmative expert reports shall be served by **November 15, 2012**.

2. Responsive expert reports shall be served by **December 31, 2012**.

3. Fact discovery shall be completed by **October 1, 2012**.

4. A telephone status conference is scheduled for **Thursday, July 12, 2012 at 2:00 p.m.** Plaintiff's counsel will initiate the telephone conference.

5. Fifteen (15) single part interrogatories shall be served by **May 15, 2012.**

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

Original:   Clerk
cc:   Hon. Claire C. Cecchi, U.S.D.J.
   File