# Lowenstein Sandler
ATTORNEYS AT LAW

**Michael David Lichtenstein**
Member of the Firm
Tel 973 597 2408
Fax 973 597 2409
mlichtenstein@lowenstein.com

May 10, 2012

**VIA ECF & U.S. MAIL**

Hon. Madeline Cox Arleo, U.S.M.J.
United States District Court
District of New Jersey
M.L. King, Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: **Illinois National Insurance Co. v. Wyndham Worldwide Operations, Inc., et al.**
**Civil Action No. 09-1724**

Dear Judge Arleo:

This firm represents the Wyndham entities in the referenced matter. The parties have not been able to agree on the content of the order memorializing Your Honor's decisions at the April 26, 2012 hearing. Accordingly, the parties are each submitting their own proposed orders.

Wyndham's position is that a section of paragraph 1 of the order proposed by Illinois National is unnecessary in light of my statements regarding Wyndham's reliance, made on the record at the hearing. It is those statements made at the hearing – and not the language crafted by Illinois National – that the Court relied upon, in part, to render its decision denying Illinois National access to Wyndham's privileged documents. Therefore, Wyndham respectfully requests that Your Honor enter the enclosed order.

Respectfully submitted,

*Michael D. Lichtenstein /EJ*

Michael David Lichtenstein

23943/2
05/10/12 20540046.1

Enclosure
cc: Andrew T. Houghton, Esq. (via ECF)
 Aaron Mandel, Esq. (via ECF)
 Eric Jesse, Esq. (via ECF)

Lowenstein Sandler PC    In California, Lowenstein Sandler LLP                                    www.lowenstein.com

65 Livingston Avenue  Roseland, NJ 07068  Tel 973 597 2500  Fax 973 597 2400                   New York  Palo Alto  Roseland

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------X

ILLINOIS NATIONAL INSURANCE
COMPANY,

                Plaintiff,

-vs-

WYNDHAM WORLDWIDE OPERATIONS,
INC.; WYNDHAM WORLDWIDE
CORPORATION; WYNDHAM VACATION
OWNERSHIP, INC.; and WYNDHAM
RESORT DEVELOPMENT CORPORATION,

                Defendants.

------------------------------------------------------------X

Case No.: 2:09-cv-01724-CCC-MCA

This matter came before the Court on discovery disputes set forth in letter briefs filed on February 14, February 28, and March 6, 2012 [Docket Nos. 140, 141, 145, 146, 150, and 151] by Plaintiff Illinois National Insurance Company ("Illinois National") and Defendants Wyndham Worldwide Operations Inc., et al. ("Wyndham"), and a hearing was held before this Court on April 26, 2012. The Court having considered the papers filed and the arguments and representations of the parties, and being so informed,

IT IS HEREBY ORDERED THAT:

1. Illinois National's request for an order compelling production of the documents identified on Wyndham's privilege logs is DENIED.

2. Illinois National's request that Wyndham's objection to Request for Admission No. 5 be overruled and that it be directed to respond to the request is DENIED. Illinois National may revise and re-serve Request No. 5 in accordance with the Court's direction provided at the hearing.

NY/857747v1

3. Wyndham's request that Illinois National be compelled to produce additional versions of its procedures is DENIED, insofar as Illinois National has produced the AIG Aviation, Inc. procedures for Renewal Manuscript Endorsements/Policies/Certificates revised as of June 15, 2008, the preceding version revised as of January 1, 2008 and the subsequent version revised as of November 24, 2009.

Dated: May \_\_\_, 2012

                                                _____
                                                MADELINE COX ARLEO
                                                United States Magistrate Judge