UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------X

ILLINOIS NATIONAL INSURANCE
COMPANY,

                Plaintiff,

-vs-

WYNDHAM WORLDWIDE OPERATIONS,
INC.; WYNDHAM WORLDWIDE
CORPORATION; WYNDHAM VACATION
OWNERSHIP, INC.; and WYNDHAM
RESORT DEVELOPMENT CORPORATION,

                Defendants.

-------------------------------------------------------X

Case No.: 2:09-cv-01724-CCC-MCA

This matter came before the Court on discovery disputes set forth in letter briefs filed on February 14, February 28, and March 6, 2012 [Docket Nos. 140, 141, 145, 146, 150, and 151] by Plaintiff Illinois National Insurance Company ("Illinois National") and Defendants Wyndham Worldwide Operations Inc., et al. ("Wyndham"), and a hearing was held before this Court on April 26, 2012. The Court having considered the papers filed, and the arguments and representations of the parties, and for the reasons stated on the record, and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. Illinois National's request for an order compelling production of the documents identified on Wyndham's privilege logs is DENIED.

2. Illinois National's request that Wyndham's objection to Request for Admission No. 5 be overruled and that it be directed to respond to the request is DENIED. Illinois National may revise and re-serve Request No. 5 in accordance with the Court's direction provided at the hearing.

NY/857747v1

3. Wyndham's request that Illinois National be compelled to produce additional versions of its procedures is DENIED, insofar as Illinois National has produced the AIG Aviation, Inc. procedures for Renewal Manuscript Endorsements/Policies/Certificates revised as of June 15, 2008, the preceding version revised as of January 1, 2008 and the subsequent version revised as of November 24, 2009.

Dated: May 14, 2012

_____
MADELINE COX ARLEO
United States Magistrate Judge