**CERTIFICATE OF SERVICE**

      I certify that on July 2, 2012 I caused a copy of Wyndham's Brief in Opposition to Illinois National's Motion for Reconsideration, and the Declarations of Michael David Lichtenstein, Esq., Marcus Banks, Esq., Robert Kern, Esq. and James Iervolino to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: July 2, 2012                      /s/Eric Jesse
                                                              Eric Jesse