Andrew T. Houghton (*pro hac vice*)
Timothy D. Kevane (*pro hac vice*)
Aaron F. Mandel
SEDGWICK LLP
125 Broad St., 39th Floor
New York, New York 10004
Telephone: (212) 422-0202
Facsimile: (212) 422-0925

Attorneys for Plaintiff
ILLINOIS NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
ILLINOIS NATIONAL INSURANCE      Case No.: 2:09-cv-01724-GEB-MCA
COMPANY,

                    Plaintiff,

        -vs-                                **CERTIFICATION OF SERVICE**

WYNDHAM WORLDWIDE OPERATIONS,
INC.; WYNDHAM WORLDWIDE
CORPORATION; WYNDHAM VACATION
OWNERSHIP, INC.; and WYNDHAM
RESORT DEVELOPMENT CORPORATION,

                    Defendants.
---------------------------------------------------------------X

      I hereby certify that, on July 17, 2011, I caused a copy of the following documents to be filed electronically with the Clerk of Court using the CM/ECF system which will send a notification of such filing to all registered counsel of record:

- Plaintiff Illinois National Insurance Company's Reply Memorandum Re Appeal of May 14, 2012 Order; and

- this Certification of Service.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

Dated: New York, New York
July 17, 2012

_____ s/ Aaron F. Mandel_____
Aaron F. Mandel