United States District Court
for the District of New Jersey

_____
                                                                                    :
                                                                                    :
**ILLINOIS NATIONAL INSURANCE COMPANY**           :
                                                          :        Civil No.  09-1724
                Plaintiff                                 :
                                                          :
                vs.                                       :        Order of Reassignment
                                                          :
**WYNDHAM WORLDWIDE OPERATIONS, ET AL.**     :
                                                          :
                Defendant                                 :
_____   :

It is on this 1st day of August 2012,

O R D E R E D that the entitled action is reassigned

from Judge Claire C. Cecchi to Judge Kevin McNulty.


                                        S/Jerome B. Simandle
                              Jerome B. Simandle, Chief Judge
                              United States District Court