|  |  |  |
|---|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY, | : : : : | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff(s), | : : | |
| -vs- | : : | Civil Action No. 09-1724 (CCC) |
| WYNDHAM WORLDWIDE, et al., | : : : | ORDER |
| Defendant(s), | : : | |

**THIS MATTER** having come before the Court for a telephone conference on September 10, 2012; and for good cause shown;

**IT IS on this 11th day of September, 2012**

**ORDERED THAT:**

1. Affirmative expert reports shall be served by **February 1, 2013**.

2. Responsive expert reports shall be served by **March 15, 2013**.

3. Fact discovery shall be completed by **December 21, 2012**.

4. A telephone status conference is scheduled for **Tuesday, December 4, 2012 at 4:30 p.m.** Plaintiff's counsel will initiate the telephone conference.

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

Original:   Clerk
cc:         Hon. Kevin McNulty, U.S.D.J.
            File