UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ILLINOIS NATIONAL INSURANCE COMPANY,**<br><br>  Plaintiff,<br><br>v.<br><br>**WYNDHAM WORLDWIDE OPERATIONS, INC.; WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; AND WYNDHAM RESORT DEVELOPMENT CORPORATION,**<br><br>  **Defendants.** | Civ. No. 2:09-01724 (KM)(MCA)<br><br><br>**ORDER** |

For the reasons elaborated in the memorandum opinion filed contemporaneously with this Order,

**IT IS** on this 5th day of October, 2012;

**ORDERED** that Plaintiff's appeal is **DENIED** and Magistrate Judge Arleo's May 14, 2012 Order is **AFFIRMED**.

_____
KEVIN MCNULTY, U.S.D.J.