Aaron F. Mandel ( AM0631 )
Andrew T. Houghton (*pro hac vice*)
Timothy D. Kevane (*pro hac vice*)
Thomas R. Orofino
SEDGWICK LLP
125 Broad St., 39th Floor
New York, New York 10004
Telephone: (212) 422-0202
Facsimile: (212) 422-0925

Attorneys for Plaintiff
ILLINOIS NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------X
ILLINOIS NATIONAL INSURANCE
COMPANY,

                Plaintiff,

      -vs-

WYNDHAM WORLDWIDE OPERATIONS,
INC.; WYNDHAM WORLDWIDE
CORPORATION; WYNDHAM VACATION
OWNERSHIP, INC.; and WYNDHAM
RESORT DEVELOPMENT CORPORATION,

                Defendants.
------------------------------------------------------------X

Case No.: 2:09-cv-01724-CCC-MCA

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE THAT**, effective October 15, 2012, Sedgwick LLP has changed its address from 125 Broad Street, 39th Fl., New York, NY 10004 to 225 Liberty Street, 28th Fl., New York, NY 10281. All future reference to the firm in this matter should be directed

1

NY/1114373v1

to Sedgwick LLP at 225 Liberty Street, 28th Fl., New York, NY 10281. The firm and its lawyers' phone numbers, fax numbers and email addresses have not been affected by this change.

Dated:   October 12, 2012
         New York, New York

                                                  Aaron F. Mandel (AM0631)
                                                  Andrew T. Houghton
                                                  Timothy D. Kevane
                                                  Thomas R. Orofino
                                                  SEDGWICK LLP
                                                  125 Broad Street, 39th Floor
                                                  New York, NY 10004
                                                  Andrew.Houghton@sedwicklaw.com
                                                  Timothy.Kevane@sedgwicklaw.com
                                                  Aaron.Mandel@sedgwicklaw.com
                                                  Thomas.Orofino@sedgwicklaw.com
                                                  Telephone: 212.422.0202
                                                  Facsimile:   212.422.0925

                                                  *Attorneys for Plaintiff*
                                                  Illinois National Insurance Company

To: Michael David Lichtenstein, Esq.
     Eric Jesse, Esq.
     LOWENSTEIN SANDLER PC
     65 Livingston Avenue
     Roseland, New Jersey 07068
     Attorneys for Defendants

NY/1114373v1

## CERTIFICATE OF SERVICE

  I, Aaron F. Mandel, hereby certify and affirm that a true and correct copy of the attached NOTICE OF CHANGE OF ADDRESS was served by ECF on October 12, 2012 upon the following:

    Michael David Lichtenstein, Esq.
    Eric Jesse, Esq.
    LOWENSTEIN SANDLER PC
    65 Livingston Avenue
    Roseland, New Jersey 07068
    Attorneys for Defendants

              _____
              Aaron F. Mandel (AM0631)

NY/1114373v1