ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Andrew T. Houghton*
*212-898-4036*
*andrew.houghton@sedgwicklaw.com*

January 2, 2013

*Via Electronic Filing*
*and Courtesy Copy Via Federal Express*

Hon. Madeline Cox Arleo
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

Re:  *Illinois National Insurance Company v. Wyndham Worldwide Operations, Inc., et al.,* Case No. 2:09-cv-01724
      Our File No.: 02331-085411

Dear Judge Arleo:

Pursuant to the hearing held on December 10, 2012, the parties have met and conferred regarding dates for depositions of the remaining Wyndham personnel within counsel's control.  In furtherance of Your Honor's instructions, we submit this letter setting forth the agreed-upon dates for the depositions so that Your Honor may so-order them.  They are as follows:

| Deponent | Date |
|---|---|
| Stephen Barron | January 24, 2013, 10:00 a.m. |
| Anne Morrison | January 25, 2013, 10:00 a.m. |
| 30(b)(6)/Marcus Banks | January 29-30, 2013, 10:00 a.m. |

Wyndham has confirmed that it is unable to voluntarily produce James Iervolino for deposition.  We will therefore endeavor to secure his deposition through a subpoena.  If we require additional time for this process, we will advise the Court, as Your Honor suggested during the December 10th hearing.

Respectfully submitted,                              **SO ORDERED:**

Andrew T. Houghton
Sedgwick LLP                                         _____

                                                     HON. MADELINE ARLEO
cc:    Michael David Lichtenstein, Esq. (via ECF)    UNITED STATES MAGISTRATE JUDGE
       Eric Jesse, Esq. (via ECF)
                                                     DATE:_____

NY/1240568v1