Andrew T. Houghton (*pro hac vice*)
Timothy D. Kevane (*pro hac vice*)
Daniel Pickett
SEDGWICK, LLP
225 Liberty Street, 28th Floor
New York, New York 10281-1008
Telephone: (212) 422-0202
Facsimile: (212) 422-0925

Attorneys for Plaintiff
ILLINOIS NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------X
ILLINOIS NATIONAL INSURANCE COMPANY,

              Plaintiff,

-vs-

WYNDHAM WORLDWIDE OPERATIONS, INC.; WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; and WYNDHAM RESORT DEVELOPMENT CORPORATION,

              Defendants.
---------------------------------------------------------X

Case No.: 2:09-cv-01724-KM-MCA

**NOTICE OF MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF ILLINOIS NATIONAL INSURANCE COMPANY**

Oral Argument Requested

    **PLEASE TAKE NOTICE** that in accordance with the stipulation and order entered July 22, 2013 regarding a briefing schedule for summary judgment motions (Docket No. 199), plaintiff Illinois National Insurance Company ("Illinois National"), by and through its attorneys, Sedgwick LLP, shall move before the Honorable Kevin McNulty, U.S.D.J., for the entry of an order granting plaintiff's Motion for Summary Judgment.

    **PLEASE TAKE FURTHER NOTICE** that in support of its Motion for Summary Judgment, plaintiff submits the accompanying Memorandum of Law In Support of Motion for

NY/1271948v1

Summary Judgment, the Statement of Material Facts Not In Dispute, and the Declaration of Andrew T. Houghton, Esq., and respective exhibits thereto (including the Declarations of Barbara Tomlinson, Gary Konicki and Mark Breitenbach, previously filed on June 21, 2010 as Docket Nos. 77–79), and any reply memorandum to be submitted.

**PLEASE TAKE FURTHER NOTICE** that plaintiff requests oral argument. A proposed order is submitted herewith.

DATED: September 11, 2013

      /s/ *Daniel Pickett*
Andrew T. Houghton, Esq. (*Pro Hac Vice*)
Timothy D. Kevane, Esq. *(Pro Hac Vice)*
Daniel Pickett
SEDGWICK LLP
225 Liberty Street, 28th Floor
New York, New York 10281-1008
Telephone: (212) 422-0202
Facsimile: (212) 422-0925

Attorneys for Plaintiff
Illinois National Insurance Company

2

NY/1271948v1