**LOWENSTEIN SANDLER LLP**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Wyndham*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY, <br><br>        Plaintiff,<br><br>vs.<br><br>WYNDHAM WORLDWIDE OPERATIONS, INC.; WYNDHAM WORLDWIDE CORPORATION; WYNDHAM VACATION OWNERSHIP, INC.; AND WYNDHAM RESORT DEVELOPMENT CORPORATION,<br><br>        Defendants. | **Civil Action No.** 09-1724<br><br><br>**CERTIFICATE OF SERVICE** |

      I hereby certify that on October 18, 2013 I caused a copy of the following documents:

1. Wyndham's Brief in Opposition to Illinois National's Motion for Summary Judgment;
2. Wyndham's Responses to Illinois National's Statement of Material Facts Not in Dispute;
3. Declaration of Michael David Lichtenstein, Esq. dated October 18, 2013, with Exhibits; and
4. Certificate of Service

to be filed electronically with the Court using the CM/ECF system, which will send a notification of such filing to all registered counsel of record.

23943/2
10/18/2013 27118164.1

-2-

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

Dated Oct. 18, 2013                      <u>/s/Michael David Lichtenstein</u>
                                                 Michael David Lichtenstein